UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **STILLAGUAMISH TRIBE OF INDIANS**<br>P.O. Box 277<br>Arlington, Washington 98223 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | Case No. |
| v. | )<br>) | Judge: Royce C. Lamberth |
| **DIRK KEMPTHORNE**<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>) | |
| | ) | **Motion for Admission** |
| **ROSS O. SWIMMER**<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>)<br>) | **Pro Hac Vice** |
| **HENRY PAULSON**<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | )<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

Pursuant to LCvR 83.2(d), the undersigned attorney, Patricia Marks, a member in good standing of the bar of this Court, accompanied by iraThomas Girardi, a member in good standing of the State Bar of California, hereby respectfully move this Court to permit Thomas Girardi to appear *pro hac vice* in the above entitled action on behalf of the Plaintiff. This motion is supported by the accompanying Declaration of Thomas Girardi prepared and submitted in accordance with LCvR 83.2(d) which demonstrates that Attorney Girardi meets all the requirements of that local rule.

Respectfully submitted this __ day of _____, 2006.

/s/_____
Patricia Marks
US District Court Bar # 22672
15992 A.E. Mullinix Road
Woodbine, Maryland 21707


_____/s/_____
Thomas Girardi
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STILLAGUAMISH TRIBE OF INDIANS** )<br>P.O. Box 277 )<br>Arlington, Washington 98223 )<br>                           **Plaintiff,** )<br>    )<br>v.    )<br>    )<br>**DIRK KEMPTHORNE** )<br>Secretary of the Interior, )<br>U.S. Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>    )<br>**ROSS O. SWIMMER** )<br>Special Trustee )<br>Office of Special Trustee )<br>for American Indians )<br>Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>    )<br>**HENRY PAULSON** )<br>Secretary of the Treasury )<br>1500 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20220 )<br>    )<br>                          **Defendants.** )<br>    ) | Case No.<br><br>Judge: Royce C. Lamberth<br><br><br>Declaration to Accompany<br>Motion for Admission<br>Pro Hac Vice |

      As required by LCvR 83.2(d), I, Thomas V. Girardi, declare under penalty of perjury as follows:

    1.      My legal name is Thomas Vincent Girardi.

    2.      My office address and telephone number are:

            Girardi|Keese
            1126 Wilshire Boulevard
            Los Angeles, California 90017
            (213) 977-0211

    3.      I have been a member of the State Bar of California since January 13, 1965.  I am also admitted to practice law before the following courts:

      The United States District Court for the Central District of California
      Admitted-January 1965

      The United States Supreme Court
      Admitted-January 1965

      The United States District Court for the District of Hawaii
      Admitted, 2001

      The United States District Court for the District of Indiana
      Admitted, 2004

      The United States District Court for the District of Louisiana
      Admitted, 2006

4.    I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5.    Except for my pro hac admissions in the related cases listed below, I have not been admitted to appear pro hac vice in the United States District Court for the District of Columbia within the last two years.

      Wyandot Nation v. Kempthorne, et.al. - 1:05-cv- 02491 RCL
      Lower Brule v. Kempthorne, et.al – 1:05-cv-02495 RCL
      Rosebud v. Kempthorne, et. al. – 1:05-cv-02492 RCL
      Prairie Band of Potawatomi v. Kempthorne, et.al.- 1:05-cv-02496
      Winnbago v. Kempthorne, et. al- 1:05-cv-02493 RCL

6.    I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this _____th day of _____, 2006.

                                            /s/_____
                                          Thomas V. Girardi, Esq.
                                          Girardi|Keese
                                          1126 Wilshire Boulevard
                                          Los Angeles, California 90017
                                          (213) 977-0211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **STILLAGUAMISH TRIBE OF INDIANS**<br>P.O. Box 277<br>Arlington, Washington, 98223 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | Case No. |
| v. | )<br>) | Judge: Royce C. Lamberth |
| **DIRK KEMPTHORNE**<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>) | |
| | ) | Order for Admission of |
| **ROSS O. SWIMMER**<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Thomas Girardi - Pro Hac Vice |
| **HENRY PAULSON**<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | )<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

## PROPOSED ORDER

For reasons set forth in the Motion filed by Attorney Thomas Girardi and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of Thomas Girardi's Declaration dated November __, 2006, which demonstrates that Attorney Girardi meets all the requirements of LCvR83.2(d). It is ORDERED, this _____ day of November, 2006, that Attorney Thomas Girardi's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

_____
Royce C. Lamberth
United States District Court Judge