UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **STILLAGUAMISH TRIBE OF INDIANS**<br>P.O. Box 277<br>Arlington, Washington 98223 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | Case No. |
| v. | )<br>) | Judge: Royce C. Lamberth |
| **DIRK KEMPTHORNE**<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>) | |
| | ) | **Motion for Admission** |
| **ROSS O. SWIMMER**<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>)<br>) | **Pro Hac Vice** |
| **HENRY PAULSON**<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | )<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

Pursuant to LCvR 83.2(d), the undersigned attorney, Patricia Marks, a member in good standing of the bar of this Court, accompanied by Brian Leinbach, a member in good standing of the State Bar of California, hereby respectfully move this Court to permit Brian Leinbach to appear *pro hac vice* in the above entitled action on behalf of the Plaintiff. This motion is supported by the accompanying Declaration of Brian Leinbach prepared and submitted in accordance with LCvR 83.2(d) which demonstrates that Attorney Leinbach meets all the requirements of that local rule.

Respectfully submitted this __ day of _____, 2006.

/s/_____
Patricia Marks
US District Court Bar # 22672
15992 A.E. Mullinix Road
Woodbine, Maryland 21707


/s/_____
Brian J. Leinbach
California Bar # 161739
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067
(310) 552-3800

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **STILLAGUAMISH TRIBE OF INDIANS**<br>P.O. Box 277<br>Arlington, Washington 98223<br>　　　　　　　　Plaintiff, | )<br>)<br>)<br>)<br>) | Case No. |
| v. | )<br>) | Judge: Royce C. Lamberth |
| **DIRK KEMPTHORNE**<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>)<br>) | |
| **ROSS O. SWIMMER**<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C.  20240 | )<br>)<br>)<br>)<br>)<br>)<br>) | Declaration to Accompany<br>Motion for Admission<br>Pro Hac Vice |
| **HENRY PAULSON**<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) | |

DECLARATION OF BRIAN J. LEINBACH

　　As required by LCvR 83.2(d), I BRIAN J. LEINBACH, declare under penalty of perjury as follows:

1. My legal name is Brian J. Leinbach

2. My office address and telephone number are:
   Engstrom, Lipcomb & Lack
   10100 Santa Monica Boulevard
   16th Floor
   Los Angeles, California 90067-4107
   (310) 552- 3800

3. I have been a member of the State Bar of California since December 14, 1992.  I

am also admitted to practice law before the United States District Court for the Central District of California in December 14, 1992.

4. I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5. I have not been admitted to appear *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this ____ day of _____, 2006.

/s/_____
Brian J. Leinbach
California Bar # 161739
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067
(310) 552-3800

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **STILLAGUAMISH TRIBE OF INDIANS**<br>P.O. Box 277<br>Arlington, Washington, 98223<br><br>　　　　　　　　　　**Plaintiff,**<br><br>v.<br><br>**DIRK KEMPTHORNE**<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>**ROSS O. SWIMMER**<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>**HENRY PAULSON**<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>　　　　　　　　　**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br><br>Judge: Royce C. Lamberth<br><br><br><br><br>Order for Admission of<br>Brian Leinbach - Pro Hac Vice |

## PROPOSED ORDER

　　　For reasons set forth in the Motion filed by Attorney Brian Leinbach and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of Brian Leinbach's Declaration dated November \_\_, 2006, which demonstrates that Attorney Leinbach meets all the requirements of LCvR83.2(d).  It is ORDERED, this _____ day of November, 2006, that Attorney Brian Leinbach's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Royce C. Lamberth

United States District Court Judge