# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STILLAGUAMISH TRIBE OF INDIANS<br>P.O. Box 277<br>Arlington, Washington, 98223 | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.  1:06-cv-1898 RCL |
| v. | ) ) | Judge: Royce C. Lamberth |
| DIRK KEMPTHORNE<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | ) ) ) ) ) ) | |
| ROSS O. SWIMMER<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C.  20240 | ) ) ) ) ) ) ) ) | ERRATA |
| HENRY PAULSON<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | ) ) ) ) ) | |
| Defendants. | ) ) | |

ERRATA TO CORRECT THE PRO HOC VICE MOTIONS AND RELATED
DOCUMENTS OF WALTER LACK, KEITH GRIFFIN, THOMAS GIRARDI AND
BRIAN LEINBACH

Incorrect sets of documents were mistakenly uploaded when electronically filing
the Motions to admit Walter Lack, Keith Griffin, Thomas Girardi and Brian
Leinbach.  Those original documents were missing the case numbers and some
were unsigned and undated.  The corrected documents are attached.

My apologies to the Court and its Clerk.

Respectfully submitted this 19th day of November, 2006.


_____/s/_____

Patricia Marks
15992 A.E. Mullinix Road
Woodbine, Maryland 21797
410-489-4553

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STILLAGUAMISH TRIBE OF INDIANS<br>P.O. Box 277<br>Arlington, Washington 98223 | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:06-cv-1898 RCL |
| v. | ) ) | Judge: Royce C. Lamberth |
| DIRK KEMPTHORNE<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | ) ) ) ) ) ) | |
| ROSS O. SWIMMER<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | ) ) ) ) ) ) ) ) | Motion for Admission<br>Pro Hac Vice |
| HENRY PAULSON<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to LCvR 83.2(d), the undersigned attorney, Patricia Marks, a member in good standing of the bar of this Court, accompanied by Brian Leinbach, a member in good standing of the State Bar of California, hereby respectfully move this Court to permit Brian Leinbach to appear *pro hac vice* in the above entitled action on behalf of the Plaintiff. This motion is supported by the accompanying Declaration of Brian Leinbach prepared and submitted in accordance with LCvR 83.2(d) which demonstrates that Attorney Leinbach meets all the requirements of that local rule.

Respectfully submitted this 10th day of November, 2006.


/s/_____
Patricia Marks
US District Court Bar # 22672
15992 A.E. Mullinix Road
Woodbine, Maryland 21707



/s/_____
Brian J. Leinbach
California Bar # 161739
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067
(310) 552-3800

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STILLAGUAMISH TRIBE OF INDIANS<br>P.O. Box 277<br>Arlington, Washington 98223 | ) ) ) | |
| Plaintiff, | ) | Case No.  1:06-cv-1898 RCL |
| | ) | |
| v. | ) | |
| | ) | Judge: Royce C. Lamberth |
| DIRK KEMPTHORNE<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | ) ) ) ) ) | |
| | ) | Declaration to Accompany |
| ROSS O. SWIMMER<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C.  20240 | ) ) ) ) ) ) ) | Motion for Admission<br>Pro Hac Vice |
| | ) | |
| HENRY PAULSON<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## DECLARATION OF  BRIAN J. LEINBACH

As required by LCvR 83.2(d), I BRIAN J. LEINBACH, declare under penalty of perjury as follows:

1.  My legal name is Brian J. Leinbach

2.  My office address and telephone number are:
    Engstrom, Lipcomb & Lack
    10100 Santa Monica Boulevard
    16th Floor
    Los Angeles, California 90067-4107
    (310) 552- 3800

3.  I have been a member of the State Bar of California since December 14, 1992.  I

am also admitted to practice law before the United States District Court for the
Central District of California in December 14, 1992.

    4. I have never been disbarred or suspended from the practice of law.  I have also not been
disciplined by any Bar.

    5.  I have not been admitted to appear *pro hac vice* in the United States District Court for
the District of Columbia within the last two years.

    6.  I do not engage in the practice of law from an office located in the District of Columbia.  I
am not a member of the District of Columbia Bar Association, and I do not have an application
for membership pending with the District of Columbia Bar.

Respectfully submitted this 10th day of  November, 2006.

/s/_____
Brian J. Leinbach
California Bar # 161739
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067
(310) 552-3800

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STILLAGUAMISH TRIBE OF INDIANS | ) | |
| P.O. Box 277 | ) | |
| Arlington, Washington, 98223 | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:06-cv-1898 RCL |
| | ) | |
| v. | ) | |
| | ) | Judge: Royce C. Lamberth |
| DIRK KEMPTHORNE | ) | |
| Secretary of the Interior, | ) | |
| U.S. Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | Order for Admission of |
| ROSS O. SWIMMER | ) | Brian Leinbach - Pro Hac Vice |
| Special Trustee | ) | |
| Office of Special Trustee | ) | |
| for American Indians | ) | |
| Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | |
| HENRY PAULSON | ) | |
| Secretary of the Treasury | ) | |
| 1500 Pennsylvania Avenue, N.W. | ) | |
| Washington, D.C. 20220 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PROPOSED ORDER

For reasons set forth in the Motion filed by Attorney Brian Leinbach and signed by Attorney

Patricia A. Marks, a member in good standing of this BAR, and following a review of Brian Leinbach's

Declaration dated November __, 2006, which demonstrates that Attorney Leinbach meets all the

requirements of LCvR83.2(d). It is ORDERED, this _____ day of November, 2006, that Attorney Brian

Leinbach's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

_____
Royce C. Lamberth

United States District Court Judge

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **STILLAGUAMISH TRIBE OF INDIANS**<br>**P.O. Box 277**<br>**Arlington, Washington 98223** | ) <br> ) <br> ) <br> ) | |
| **Plaintiff,** | ) <br> ) | **Case No. 1:06-cv-1898 RCL** |
| **v.** | ) <br> ) | **Judge: Royce C. Lamberth** |
| **DIRK KEMPTHORNE**<br>**Secretary of the Interior,**<br>**U.S. Department of the Interior**<br>**1849 C Street, N.W.**<br>**Washington, D.C. 20240** | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| **ROSS O. SWIMMER**<br>**Special Trustee**<br>**Office of Special Trustee**<br>**for American Indians**<br>**Department of the Interior**<br>**1849 C Street, N.W.**<br>**Washington, D.C. 20240** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Motion for Admission**<br>**Pro Hac Vice** |
| **HENRY PAULSON**<br>**Secretary of the Treasury**<br>**1500 Pennsylvania Avenue, N.W.**<br>**Washington, D.C. 20220** | ) <br> ) <br> ) <br> ) <br> ) | |
| **Defendants.** | ) <br> ) | |

Pursuant to LCvR 83.2(d), the undersigned attorney, Patricia Marks, a member in good standing of the bar of this Court, accompanied by Thomas Girardi, a member in good standing of the State Bar of California, hereby respectfully move this Court to permit Thomas Girardi to appear *pro hac vice* in the above entitled action on behalf of the Plaintiff.  This motion is supported by the accompanying Declaration of Thomas Girardi prepared and submitted in accordance with LCvR 83.2(d) which demonstrates that Attorney Girardi meets all the requirements of that local rule.

Respectfully submitted this 10th day of  November, 2006.


/s/ _____
Patricia Marks
US District Court Bar # 22672
15992 A.E. Mullinix Road
Woodbine, Maryland 21707



_____/s/_____
Thomas Girardi
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **STILLAGUAMISH TRIBE OF INDIANS** | ) | |
| **P.O. Box 277** | ) | |
| **Arlington, Washington 98223** | ) | |
| **Plaintiff,** | ) | **Case No.  1:06-cv- 1898 RCL** |
| | ) | |
| **v.** | ) | |
| | ) | **Judge: Royce C. Lamberth** |
| **DIRK KEMPTHORNE** | ) | |
| **Secretary of the Interior,** | ) | |
| **U.S. Department of the Interior** | ) | |
| **1849 C Street, N.W.** | ) | |
| **Washington, D.C. 20240** | ) | |
| | ) | **Declaration to Accompany** |
| **ROSS O. SWIMMER** | ) | **Motion for Admission** |
| **Special Trustee** | ) | **Pro Hac Vice** |
| **Office of Special Trustee** | ) | |
| **for American Indians** | ) | |
| **Department of the Interior** | ) | |
| **1849 C Street, N.W.** | ) | |
| **Washington, D.C.  20240** | ) | |
| | ) | |
| **HENRY PAULSON** | ) | |
| **Secretary of the Treasury** | ) | |
| **1500 Pennsylvania Avenue, N.W.** | ) | |
| **Washington, D.C. 20220** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

As required by LCvR 83.2(d), I, Thomas V. Girardi, declare under penalty of perjury as follows:

1.    My legal name is Thomas Vincent Girardi.

2.    My office address and telephone number are:

> Girardi|Keese
> 1126 Wilshire Boulevard
> Los Angeles, California 90017
> (213) 977-0211

3.    I have been a member of the State Bar of California since January 13, 1965.  I am also admitted to practice law before the following courts:

The United States District Court for the Central District of California
Admitted-January 1965

The United States Supreme Court
Admitted-January 1965

The United States District Court for the District of Hawaii
Admitted, 2001

The United States District Court for the District of Indiana
Admitted, 2004

The United States District Court for the District of Louisiana
Admitted, 2006

4.     I have never been disbarred or suspended from the practice of law.  I
       have also not been disciplined by any Bar.

5.     Except for my pro hac admissions in the related cases listed below,  I have not
       been admitted to appear pro hac vice in the United States
       District Court for the District of Columbia within the last two years.

       Wyandot Nation v. Kempthorne, et.al.  - 1:05-cv- 02491 RCL
       Lower Brule v. Kempthorne, et.al – 1:05-cv-02495 RCL
       Rosebud v. Kempthorne, et. al. – 1:05-cv-02492 RCL
       Prairie Band of Potawatomi v. Kempthorne, et.al.- 1:05-cv-02496
       Winnbago v. Kempthorne, et. al- 1:05-cv-02493 RCL

6.     I do not engage in the practice of law from an office located in the
       District of Columbia.  I am not a member of the District of Columbia Bar
       Association, and I do not have an application for membership pending with the
       District of Columbia Bar.

Respectfully submitted this 10th day of November, 2006.


                        /s/_____
                        Thomas V. Girardi, Esq.
                        Girardi|Keese
                        1126 Wilshire Boulevard
                        Los Angeles, California 90017
                        (213) 977-0211

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STILLAGUAMISH TRIBE OF INDIANS<br>P.O. Box 277<br>Arlington, Washington, 98223 | ) ) ) | |
| Plaintiff, | ) ) | Case No.  1:06- cv-1898 RCL |
| v. | ) ) | Judge: Royce C. Lamberth |
| DIRK KEMPTHORNE<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | ) ) ) ) ) ) | |
| ROSS O. SWIMMER<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C.  20240 | ) ) ) ) ) ) ) ) | Order for Admission of<br>Thomas Girardi - Pro Hac Vice |
| HENRY PAULSON<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220 | ) ) ) ) ) | |
| Defendants. | ) ) | |

## PROPOSED ORDER

For reasons set forth in the Motion filed by Attorney Thomas Girardi and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of Thomas Girardi's Declaration dated November  10,  2006, which demonstrates that Attorney Girardi meets all the requirements of LCvR83.2(d).  It is ORDERED, this _____ day of November, 2006, that Attorney Thomas Girardi's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

_____
Royce C. Lamberth
United States District Court Judge

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **STILLAGUAMISH TRIBE OF INDIANS**<br>**P.O. Box 277**<br>**Arlington, Washington 98223** | )<br>)<br>)<br>) | |
| **Plaintiff,** | )<br>) | **Case No. 1:06-cv-1897 RCL** |
| **v.** | )<br>) | **Judge: Royce C. Lamberth** |
| **DIRK KEMPTHORNE**<br>**Secretary of the Interior,**<br>**U.S. Department of the Interior**<br>**1849 C Street, N.W.**<br>**Washington, D.C. 20240** | )<br>)<br>)<br>)<br>) | |
| **ROSS O. SWIMMER**<br>**Special Trustee**<br>**Office of Special Trustee**<br>**for American Indians**<br>**Department of the Interior**<br>**1849 C Street, N.W.**<br>**Washington, D.C. 20240** | )<br>)<br>)<br>)<br>)<br>)<br>) | **Motion for Admission**<br>**Pro Hac Vice** |
| **HENRY PAULSON**<br>**Secretary of the Treasury**<br>**1500 Pennsylvania Avenue, N.W.**<br>**Washington, D.C. 20220** | )<br>)<br>)<br>) | |
| **Defendants.** | )<br>) | |

Pursuant to LCvR 83.2(d), the undersigned attorney, Patricia Marks, a member in good standing of the bar of this Court, accompanied by Walter Lack, a member in good standing of the State Bar of California, hereby respectfully move this Court to permit Walter Lack to appear *pro hac vice* in the above entitled action on behalf of the Plaintiff. This motion is supported by the accompanying Declaration of Walter Lack prepared and submitted in accordance with LCvR 83.2(d) which demonstrates that Attorney Lack meets all the requirements of that local rule.

Respectfully submitted this 10th day of November, 2006.


/s/ _____

Patricia Marks

US District Court Bar # 22672

15992 A.E. Mullinix Road

Woodbine, Maryland 21707

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STILLAGUAMISH TRIBE OF INDIANS | ) | |
| P.O. Box 277 | ) | |
| Arlington, Washington 98223 | ) | |
|                 Plaintiff, | ) | Case No.  1:06-cv-1898 RCL |
| | ) | |
| v. | ) | |
| | ) | Judge: Royce C. Lamberth |
| DIRK KEMPTHORNE | ) | |
| Secretary of the Interior, | ) | |
| U.S. Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | Declaration to Accompany |
| ROSS O. SWIMMER | ) | Motion for Admission |
| Special Trustee | ) | Pro Hac Vice |
| Office of Special Trustee | ) | |
| for American Indians | ) | |
| Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C.  20240 | ) | |
| | ) | |
| HENRY PAULSON | ) | |
| Secretary of the Treasury | ) | |
| 1500 Pennsylvania Avenue, N.W. | ) | |
| Washington, D.C. 20220 | ) | |
| | ) | |
|           Defendants. | ) | |
| | ) | |

DECLARATION OF  WALTER LACK

As required by LCvR 83.2(d), I Walter J. Lack declare under penalty of perjury as follows:

(1)  My legal name is Walter John Lack.

(2)  My office address and telephone number are:

        Engstrom, Lipcomb & Lack
        10100 Santa Monica Boulevard
        16th Floor
        Los Angeles, California 90067-4107
        (310) 552-3800

(3)  I have been admitted to the State Bar of California since November 8, 1973.  I am

also admitted to practice law before the following courts:

The United States District Court for the Central District of California,
Admitted -November 8, 1973

The United States Court of Appeals for the Ninth Circuit,
Admitted - 1973

The United States Supreme Court,
Admitted - 1981

The United States District Court for the District of Hawaii,
Admitted - February 1, 2001

The United States District Court for the District of Indiana,
Indianapolis Division
Admitted - June 2004.

(4)  I have never been suspended from the practice of law or disciplined by any Bar.

(5)  I have not been admitted to appear *pro hac vice* in the United States District Court

for the District of Columbia within the last two years.

(6)  I do not engage in the practice of law from an office located in the District of

Columbia. I am not a member of the District of Columbia Bar Association, and I do

not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 10th  day of November, 2006.


        /s/
        Walter John Lack
        California Bar #
        Engstrom, Lipcomb & Lack
        10100 Santa Monica Boulevard
        16th Floor
        Los Angeles, California 90067-4107
        (310) 552-3800

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STILLAGUAMISH TRIBE OF INDIANS**<br>**P.O. Box 277**<br>**Arlington, Washington, 98223**<br><br>                   **Plaintiff,**<br><br>**v.**<br><br>**DIRK KEMPTHORNE**<br>**Secretary of the Interior,**<br>**U.S. Department of the Interior**<br>**1849 C Street, N.W.**<br>**Washington, D.C. 20240**<br><br>**ROSS O. SWIMMER**<br>**Special Trustee**<br>**Office of Special Trustee**<br>**for American Indians**<br>**Department of the Interior**<br>**1849 C Street, N.W.**<br>**Washington, D.C. 20240**<br><br>**HENRY PAULSON**<br>**Secretary of the Treasury**<br>**1500 Pennsylvania Avenue, N.W.**<br>**Washington, D.C. 20220**<br><br>                  **Defendants.** | **Case No.  1:06-cv-1898 RCL**<br><br>**Judge: Royce C. Lamberth**<br><br><br><br>**Order for Admission of**<br>**Walter Lack - Pro Hac Vice** |

## <u>PROPOSED ORDER</u>

For reasons set forth in the Motion filed by Attorney Walter Lack and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of Walter Lack's Declaration dated November __, 2006, which demonstrates that Attorney Lack meets all the requirements of LCvR83.2(d).  It is ORDERED, this _____ day of November, 2006, that Attorney Walter Lack's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

_____
Royce C. Lamberth

United States District Court Judge

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **STILLAGUAMISH TRIBE OF INDIANS**<br>**P.O. Box 277**<br>**Arlington, Washington 98223** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **Case No. 1:06-cv- 1898 RCL** |
| **v.** | ) ) | **Judge: Royce C. Lamberth** |
| **DIRK KEMPTHORNE**<br>**Secretary of the Interior,**<br>**U.S. Department of the Interior**<br>**1849 C Street, N.W.**<br>**Washington, D.C. 20240** | ) ) ) ) ) ) | |
| **ROSS O. SWIMMER**<br>**Special Trustee**<br>**Office of Special Trustee**<br>**for American Indians**<br>**Department of the Interior**<br>**1849 C Street, N.W.**<br>**Washington, D.C.  20240** | ) ) ) ) ) ) ) ) | **Motion for Admission**<br>**Pro Hac Vice** |
| **HENRY PAULSON**<br>**Secretary of the Treasury**<br>**1500 Pennsylvania Avenue, N.W.**<br>**Washington, D.C. 20220** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

Pursuant to LCvR 83.2(d), the undersigned attorney, Patricia Marks, a member in good standing of the bar of this Court, accompanied by Keith D. Griffin, a member in good standing of the State Bar of California, hereby respectfully move this Court to permit Keith D. Griffin to appear *pro hac vice* in the above entitled action on behalf of the Plaintiff.  This motion is supported by the accompanying Declaration of Keith D. Griffin prepared and submitted in accordance with LCvR 83.2(d) which demonstrates that Attorney Griffin meets all the requirements of that local rule.

Respectfully submitted this 10th day of  November, 2006.


/s/ _____
Patricia Marks
US District Court Bar # 22672
15992 A.E. Mullinix Road
Woodbine, Maryland 21707



_____/s/_____
 Keith D. Griffin
California Bar #204388
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **STILLAGUAMISH TRIBE OF INDIANS** | ) | |
| **P.O. Box 277** | ) | |
| **Arlington, Washington 98223** | ) | |
| **Plaintiff,** | ) | **Case No.  1:06-cv-1898 RCL** |
| | ) | |
| **v.** | ) | |
| | ) | **Judge: Royce C. Lamberth** |
| **DIRK KEMPTHORNE** | ) | |
| **Secretary of the Interior,** | ) | |
| **U.S. Department of the Interior** | ) | |
| **1849 C Street, N.W.** | ) | |
| **Washington, D.C. 20240** | ) | |
| | ) | **Declaration to Accompany** |
| **ROSS O. SWIMMER** | ) | **Motion for Admission** |
| **Special Trustee** | ) | **Pro Hac Vice** |
| **Office of Special Trustee** | ) | |
| **for American Indians** | ) | |
| **Department of the Interior** | ) | |
| **1849 C Street, N.W.** | ) | |
| **Washington, D.C.  20240** | ) | |
| | ) | |
| **HENRY PAULSON** | ) | |
| **Secretary of the Treasury** | ) | |
| **1500 Pennsylvania Avenue, N.W.** | ) | |
| **Washington, D.C. 20220** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

As required by LCvR 83.2(d), I, Keith D. Griffin, declare under penalty of perjury as follows:

1.    My legal name is Keith D. Griffin.

2.    My office address and telephone number are:
      Girardi & Keese
      1126 Wilshire Boulevard
      Los Angeles, California 90017
      (213) 977-0211

3.    I have been a member of the State Bar of California since December of 1999.  I am also admitted to practice law before the United States District Court for the Central District of California, also effective as of December 1999.

4.    I have never been disbarred or suspended from the practice of law.  I have also not

been disciplined by any Bar.

5.      I have not been admitted to appear *pro hac vice* in the United States District Court for the District of Columbia within the last two years

6.      I do not engage in the practice of law from an office located in the District of Columbia.  I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 10th day of  November, 2006.


/s/ _____
Keith D. Griffin
California Bar # 204388
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

STILLAGUAMISH TRIBE OF INDIANS )
P.O. Box 277 )
Arlington, Washington, 98223 )

                   Plaintiff, )          Case No.  1:06-cv-1898 RCL
                           )

v. )
                           )          Judge: Royce C. Lamberth

DIRK KEMPTHORNE )
Secretary of the Interior, )
U.S. Department of the Interior )
1849 C Street, N.W. )
Washington, D.C. 20240 )
                           )          Order for Admission of
ROSS O. SWIMMER )          Keith D. Griffin - Pro Hac Vice
Special Trustee )
Office of Special Trustee )
for American Indians )
Department of the Interior )
1849 C Street, N.W. )
Washington, D.C.  20240 )
                           )

HENRY PAULSON )
Secretary of the Treasury )
1500 Pennsylvania Avenue, N.W. )
Washington, D.C. 20220 )
                           )
                Defendants. )
                           )

## PROPOSED ORDER

     For reasons set forth in the Motion filed by Attorney Keith D. Griffin and signed by Attorney

Patricia A. Marks, a member in good standing of this BAR, and following a review of Keith D. Griffin's

Declaration dated November  10,, 2006, which demonstrates that Attorney Griffin meets all the

requirements of LCvR83.2(d).  It is ORDERED, this _____ day of November, 2006, that Attorney Keith

Griffin's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

                      _____
                      Royce C. Lamberth

United States District Court Judge