UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STILLAGUAMISH TRIBE OF INDIANS, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. Action No. 06-1898 (RCL) |
| DIRK KEMPTHORNE, Secretary of the Interior, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

For reasons set forth in the Motion [6] filed by Attorney Brian Leinbach and signed by Attorney Patricia A. Marks, a member in good standing of this Bar, and following a review of Brian Leinbach's Declaration, which demonstrates that Attorney Leinbach meets all the requirements of LCvR 83.2(d), it is hereby

ORDERED, that Attorney Brian Leinbach's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 14, 2006.