AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  Nov 13, 2006 |
| NAME OF SERVER *(PRINT)*  Patricia Marks | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    G  Other (specify): Complaint served on Dirk Kempthorne by certified return receipt mail on 1-17-06

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Nov 20, 2006      *Patricia Marks*
            Date             Signature of Server

                      15992 AE Mullinix
                      Woodbine, MD 21797
                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *JBMurray* ☑ Agent ☐ Addressee<br>B. Received by (Printed Name) *JBMURRAY*  C. Date of Delivery 11/19/06<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☑ No |
| 1. Article Addressed to:<br><br>Honorable Dirk Kempthorne<br>Secretary of the Interior<br>U.S. Department of Interior<br>1849 C. Street N.W.<br>Washington, D.C. 20240<br><br>*Iowa* | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7005 1820 0007 7399 9027 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540