AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/16/06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Patricia Marks | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): I served the complaint on Ross Swimmer by certified return receipt US Mail on 11/16/06

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Dec 7, 2006           Patricia Marks
                Date                      Signature of Server

15992 AE Mullinex Rd
Woodbine, MD 21797
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X M. [signature]   ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Melanie Hosey   11/16/06<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☑ No |
| 1. Article Addressed to:<br><br>Honorable Ross Swimmer<br>Special Trustee for Indian Affairs<br>United States Dept. of Interior<br>1849 C. Street N.W.<br>Washington, D.C. 20240<br><br>Stillaguamish | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0007 7399 9188 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-4540