IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STILLAGUAMISH TRIBE OF INDIANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:06-cv-01898-JR |
| | ) | |
| DIRK KEMPTHORNE, | ) | |
| Secretary of the Interior, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**<u>NOTICE OF APPEARANCE</u>**

To the Clerk:

      Please enter the appearances of Anthony P. Hoang and Martin J. LaLonde as counsel of

record for Defendants in this case.

      Service of all papers on Mr. Hoang and Mr. LaLonde by regular United States mail should

be made to the following mailing address:

      United States Department of Justice
      Environment and Natural Resources Division
      Natural Resources Section
      P.O. Box 663
      Washington, D.C. 20044-0663

      All hand or overnight-mail deliveries to Mr. Hoang and Mr. LaLonde should be made to the

following street address:

      United States Department of Justice
      Environment and Natural Resources Division
      Natural Resources Section
      601 D Street, N.W., Room 3150
      Washington, D.C.  20004

Respectfully submitted this 22nd day of January, 2007,

MATTHEW McKEOWN
Acting Assistant Attorney General

/s/ Anthony P. Hoang
ANTHONY P. HOANG, FL Bar #798193
Anthony.Hoang@usdoj.gov

/s/ Martin J. LaLonde
MARTIN J. LALONDE, IL Bar #6218249
Martin.Lalonde@usdoj.gov
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2120

Attorneys for Defendants

OF COUNSEL:

GLADYS ORR COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20227

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on January 22, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and electronic mail or telefax, unless otherwise noted below, on the following counsel:

Patricia A. Marks
15992 A.E. Mullinix Road
Woodbine, MD  21797-8440
Fax: (301) 854-5117

Walter J. Lack
Brian J. Leinbach
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Fax: (310) 552-9434

Thomas V. Girardi
Keith Griffin
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Fax: (213) 481-1554

Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Fax: (818) 905-7038

*/s/ Anthony P. Hoang*
ANTHONY P. HOANG