**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| OGLALA SIOUX TRIBE v.<br>DIRK KEMPTHORNE, Secretary<br>of the Interior, <u>et</u> <u>al.</u> | : <br>: <br>: | Civil Action No. 04-1126 (JR) |
| CHEYENNE RIVER SIOUX TRIBE v.<br>DIRK KEMPTHORNE, Secretary<br>of the Interior, <u>et</u> <u>al.</u> | : <br>: <br>: | Civil Action No. 06-1897 (JR) |
| STILLAGUAMISH TRIBE OF<br>INDIANS v.<br>DIRK KEMPTHORNE, Secretary<br>of the Interior, <u>et</u> <u>al.</u> | : <br>: <br>: <br>: | Civil Action No. 06-1898 (JR) |
| IOWA TRIBE OF KANSAS AND<br>NEBRASKA v.<br>DIRK KEMPTHORNE, Secretary of<br>the Interior, <u>et</u> <u>al.</u> | : <br>: <br>: <br>: | Civil Action No. 06-1899 (JR) |
| CONFEDERATED TRIBES OF THE<br>GOSHUTE RESERVATION v.<br>DIRK KEMPTHORNE, Secretary of<br>the Interior, <u>et</u> <u>al.</u> | : <br>: <br>: <br>: | Civil Action No. 06-1902 (JR) |

## ORDER

This matter is before the Court on the parties' joint motions for temporary stay of litigation. Upon consideration of the joint motion and for good cause shown, it is **ORDERED** that

1. The parties' joint motions are **granted** in modified form;

2. Effective immediately, all proceedings in these cases are stayed until May 29, 2007;

3. Defendants shall have to and including June 15, 2007, within which to answer or otherwise respond to the Complaints;

4. The parties shall have to and including July 9, 2007 to file their LCvR 16.3 joint report and scheduling order (or orders).  **SO ORDERED.**

                                       JAMES ROBERTSON
                          United States District Judge