IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STILLAGUAMISH TRIBE OF INDIANS | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:06-cv-01898-JR |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**PARTIES' JOINT STIPULATION REGARDING
CONFIDENTIALITY OF SETTLEMENT DISCUSSIONS,
AND [PROPOSED] ORDER**

WHEREAS Plaintiff Stillaguamish Tribe of Indians ("Plaintiff") has filed this case seeking

declaratory and injunctive relief against Defendants related to the trust accounting and trust

management responsibilities allegedly owed by Defendants to Plaintiff;

WHEREAS Plaintiff and Defendants (hereinafter "the parties") desire to enter into

discussions that may result in a settlement of Plaintiff's claims at issue in this case, without the need

for protracted litigation;

WHEREAS the parties agree that they will conduct settlement discussions with the clear,

explicit, and mutual understanding that all of their settlement communications, whether written or

oral, will be kept confidential and not be released to any other person or entity;

WHEREAS the parties agree that they will mark clearly the written communications relating

to their settlement discussions with the label or endorsement "Confidential Settlement

Discussions—Do Not Disclose"; and

WHEREAS the parties agree that their ability to resolve or advance the resolution of

Plaintiff's claims at issue in this case, in an efficient and resource-conserving manner and without the need for protracted litigation, will be significantly diminished if the parties cannot rely on the expectation that the settlement discussions will be kept confidential,

THE PARTIES HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

1.      For the purposes of this Joint Stipulation and the associated Order, the term "settlement communications" means any communications made, exchanged, or provided by Plaintiff; Plaintiff's attorneys, representatives, employees, agents, or consultants; Defendants; or Defendants' attorneys, representatives, employees, agents, or consultants, in, or for purposes of, settling this case, regardless of whether the communications are oral, written, electronic, telephonic, or otherwise. "Settlement communications" include but are not limited to those provided in or through meetings, telephone calls, correspondence, briefs, or memoranda not filed with the Court, reports, appraisals, or any other documents, and any part thereof.

2.      All settlement communications in this case, whether written or oral, shall be kept confidential, and they shall not be disclosed to any person or entity seeking their disclosure by any means, including but not limited to requests submitted to the United States Department of the Interior, the United States Department of the Treasury, and the United States Department of Justice, under the Freedom of Information Act, 5 U.S.C. § 552.

3.      Until further order of this Court, this Joint Stipulation and the associated Order shall remain in full force and effect after the dismissal of the case and regardless of whether the parties reach settlement.

 Respectfully submitted on this 13th day of November, 2007,

RONALD J. TENPAS
Acting Assistant Attorney General

*/s/ Patricia A. Marks, by /s/ Jason M. Bruno*
*pursuant to written authorization*
<u>*on November 13, 2007*</u>                    <u>*/s/ Jason M. Bruno*                    </u>
PATRICIA A. MARKS                          ANTHONY P. HOANG, FL Bar #798193
United States District Court Bar #22672     JASON M. BRUNO, DC Bar #472290
15992 A.E. Mullinix Road                    United States Department of Justice
Woodbine, MD  21797-8440                    Environment and Natural Resources Division
Tel:  (410) 489-4553                        Natural Resources Section
Fax: (301) 854-5117                         P.O. Box 663
                                            Washington, D.C.  20044-0663
WALTER J. LACK                              Tel: (202) 305-0241
BRIAN J. LEINBACH                           Tel: (202) 305-0434
Engstrom, Lipscomb & Lack                   Fax: (202) 353-2021
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107                 Attorneys for Defendants
Tel:  (310) 552-3800
Fax: (310) 552-9434                         OF COUNSEL:

THOMAS V. GIRARDI                           GLADYS ORR COJOCARI
KEITH GRIFFIN                               Office of the Solicitor
Girardi & Keese                             United States Department of the Interior
1126 Wilshire Boulevard                     Washington, D.C.  20240
Los Angeles, CA 90017-1904
Tel:  (213) 977-0211                        TERESA E. DAWSON
Fax: (213) 481-1554                         Office of the Chief Counsel
                                            Financial Management Service
GREGORY A. YATES                            United States Department of the Treasury
16830 Ventura Blvd, Suite 250               Washington, D.C.  20227
Encino, CA 91436
Tel:  (310) 858-6944
Fax: (818) 905-7038

Attorneys for Plaintiff

## [PROPOSED] ORDER

      SO ORDERED.

Date: _____          _____
                             HON. JAMES ROBERTSON
                             United States District Court