**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

STILLAGUAMISH TRIBE OF INDIANS,   :
       Plaintiff,   :
   v.   :   Civil Action No. 06-1898 (JR)
DIRK KEMPTHORNE, Secretary of the Interior, *et al.*,   :
       Defendants.   :

**ORDER**

Upon consent of the parties, it is **ORDERED** that proceedings are temporarily stayed, and that a joint status report be filed on or before July 3, 2008.

                     JAMES ROBERTSON
              United States District Judge