**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Assiniboine & Sioux Tribes of the Fort Peck Indian Reservation v. Norton, et al. | Civil Action No. 02-0035 (JR) |
| Standing Rock Sioux Tribe v. Norton, et al. | Civil Action No. 02-0040 (JR) |
| Three Affiliated Tribes of the Fort Berthold Reservation v. Norton, et al. | Civil Action No. 02-0253 (JR) |
| Shoshone-Bannock Tribes of the Fort Hall Reservation v. Norton, et al. | Civil Action No. 02-0254 (JR) |
| Chippewa Cree Tribe of the Rocky Boy's Reservation v. Norton, et al. | Civil Action No. 02-0276 (JR) |
| Yankton Sioux Tribe v. Norton, et al. | Civil Action No. 03-1603 (JR) |
| Osage Tribe of Indians of Oklahoma v. USA, et al. | Civil Action No. 04-0283 (JR) |
| Crow Creek Sioux Tribe v. Kempthorne, et al. | Civil Action No. 04-0900 (JR) |
| Omaha Tribe of Nebraska v. Kempthorne, et al. | Civil Action No. 04-0901 (JR) |
| Oglala Sioux Tribe v. Kempthorne, et al. | Civil Action No. 04-1126 (JR) |
| The Confederated Tribes of the Colville Reservation v. Norton, et al. | Civil Action No. 05-2471 (JR) |
| Wyandot Nation of Kansas v. Kempthorne, et al. | Civil Action No. 05-2491 (JR) |
| Rosebud Sioux Tribe v. Kempthorne, et al. | Civil Action No. 05-2492 (JR) |

| | |
|---|---|
| Winnebago Tribe of Nebraska v. Kempthorne, et al. | Civil Action No. 05-2493 (JR) |
| Lower Brule Sioux Tribe v. Kempthorne, et al. | Civil Action No. 05-2495 (JR) |
| Prairie Band of Potawatomi Nation v. Kempthorne, et al. | Civil Action No. 05-2496 (JR) |
| Te-Moak Tribe of Western Shoshone Indians v. Norton, et al. | Civil Action No. 05-2500 (JR) |
| Cheyenne River Sioux Tribe v. Kempthorne, et al. | Civil Action No. 06-1897 (JR) |
| Stillaguamish Tribe of Indians v. Kempthorne, et al. | Civil Action No. 06-1898 (JR) |
| Iowa Tribe of Kansas and Nebraska v. Kempthorne, et al. | Civil Action No. 06-1899 (JR) |
| Confederated Tribes of the Goshute Reservation v. Kempthorne, et al. | Civil Action No. 06-1902 (JR) |
| Muskogee (Creek) Nation of Oklahoma v. Kempthorne, et al. | Civil Action No. 06-2161 (JR) |
| Eastern Shawnee Tribe of Oklahoma v. Kempthorne, et al. | Civil Action No. 06-2162 (JR) |
| Northwestern Band of Shoshone v. Kempthorne, et al. | Civil Action No. 06-2163 (JR) |
| Red Cliff Bank of Lake Superior Indians v. Kempthorne, et al. | Civil Action No. 06-2164 (JR) |
| Pechanga Band of Luiseno Mission Indians v. Kempthorne, et al. | Civil Action No. 06-2206 (JR) |
| Colorado River Indian Tribes v. Kempthorne, et al. | Civil Action No. 06-2212 (JR) |
| Tohono O'Odham Nation v. Kempthorne, et al. | Civil Action No. 06-2236 (JR) |

```
Nez Perce Tribe, et al. v.        :
Kempthorne, et al.                 :  Civil Action No. 06-2239 (JR)

Passamaquoddy Tribe of             :
Maine v. Kempthorne, et al.        :  Civil Action No. 06-2240 (JR)

Salt River Pima-Maricopa           :
Indian Community v.                :  Civil Action No. 06-2241 (JR)
Kempthorne, et al.                 :

Coer D'Alene Tribe v.              :
Kempthorne, et al.                 :  Civil Action No. 06-2242 (JR)

Ak-Chin Indian Community v.        :
Kempthorne, et al.                 :  Civil Action No. 06-2245 (JR)

Sokaogon Chippewa Community        :
v. Kempthorne, et al.              :  Civil Action No. 06-2247 (JR)

Gila River Indian Community        :
v. Kempthorne, et al.              :  Civil Action No. 06-2249 (JR)

Northern Cheyenne Tribe of         :
Indians v. Kempthorne, et al.      :  Civil Action No. 06-2250 (JR)

Haudenosaunee: The Onondaga        :
Nation v. Kempthorne, et al.       :  Civil Action No. 06-2254 (JR)
```

**NOTICE TO COUNSEL**

The order issued yesterday in each of these tribal cases, setting a schedule for briefing and oral argument on contemplated government motions to dismiss, was intended to give all interested parties the opportunity to be heard on potentially dispositive issues. It was not intended, nor should it operate, to interrupt ongoing settlement or discovery efforts in some of these cases, or to amend existing agreed or court-ordered reporting dates. It will be for the government to decide which of the pending tribal cases involve the "same or similar

- 3 -

jurisdictional issues" as those presented in No. 06-2239 <u>Nez Perce v. Kempthorne</u>, and in which cases it will file a dispositive motion.  The filing of such a motion in any case that has been administratively closed or stayed will operate without more to reopen the case, or to lift the stay, but only for the purpose of that motion, and only while the motion is pending.


                                        JAMES ROBERTSON
                                  United States District Judge