**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Chippewa Cree Tribe of the Rocky Boy's Reservation v. Norton, et al. | Civil Action No. 02-0276 (JR) |
| Crow Creek Sioux Tribe v. Kempthorne, et al. | Civil Action No. 04-0900 (JR) |
| Omaha Tribe of Nebraska v. Kempthorne, et al. | Civil Action No. 04-0901 (JR) |
| Oglala Sioux Tribe v. Kempthorne, et al. | Civil Action No. 04-1126 (JR) |
| Wyandot Nation of Kansas v. Kempthorne, et al. | Civil Action No. 05-2491 (JR) |
| Rosebud Sioux Tribe v. Kempthorne, et al. | Civil Action No. 05-2492 (JR) |
| Winnebago Tribe of Nebraska v. Kempthorne, et al. | Civil Action No. 05-2493 (JR) |
| Lower Brule Sioux Tribe v. Kempthorne, et al. | Civil Action No. 05-2495 (JR) |
| Prairie Band of Potawatomi Nation v. Kempthorne, et al. | Civil Action No. 05-2496 (JR) |
| Cheyenne River Sioux Tribe v. Kempthorne, et al. | Civil Action No. 06-1897 (JR) |
| Stillaguamish Tribe of Indians v. Kempthorne, et al. | Civil Action No. 06-1898 (JR) |
| Iowa Tribe of Kansas and Nebraska v. Kempthorne, et al. | Civil Action No. 06-1899 (JR) |
| Confederated Tribes of the Goshute Reservation v. Kempthorne, et al. | Civil Action No. 06-1902 (JR) |
| Muskogee (Creek) Nation of Oklahoma v. Kempthorne, et al. | Civil Action No. 06-2161 (JR) |

```
Eastern Shawnee Tribe of        :
Oklahoma v. Kempthorne, et al.: Civil Action No. 06-2162 (JR)

Northwestern Band of Shoshone   :
v. Kempthorne, et al.           : Civil Action No. 06-2163 (JR)

Red Cliff Bank of Lake          :
Superior Indians v.             : Civil Action No. 06-2164 (JR)
Kempthorne, et al.              :

Tohono O'Odham Nation v.        :
Kempthorne, et al.              : Civil Action No. 06-2236 (JR)

Nez Perce Tribe, et al. v.      :
Kempthorne, et al.              : Civil Action No. 06-2239 (JR)

Passamaquoddy Tribe of          :
Maine v. Kempthorne, et al.     : Civil Action No. 06-2240 (JR)

Salt River Pima-Maricopa        :
Indian Community v.             : Civil Action No. 06-2241 (JR)
Kempthorne, et al.              :

Ak-Chin Indian Community v.     :
Kempthorne, et al.              : Civil Action No. 06-2245 (JR)
```

## ORDER

Defendants' motion for a 60-day enlargement of time to respond to Plaintiffs' record preservation motions, see, e.g., Ak-Chin v. Kempthorne, 06-2245, Dkt. # 43, is **denied**, but the government may have until June 20, 2008. The Court will hear argument on the motions on **July 24, 2008 at 10:00 a.m.**, alongside previously scheduled arguments on the government's anticipated motion to dismiss and the class certification motion in Nez Perce v. Kempthorne, 06-2239. It is **SO ORDERED**.

                                        JAMES ROBERTSON
                                    United States District Judge